NO. PD-862-07

IN THE

COURT OF CRIMINAL APPEALS

AUSTIN, TEXAS

CHARLES CAMP
Appellent

VS

STATE OF TEXAS
Appellee

From Appeal No. 02-13-00247-CR/02-13-00248-CR/
02-13-00248-CR/02-13-00250-CR
On Appeal from The Second District of Texas
Tarrant County, Texas
Trial Court No. 132466R/1324668R/1324671R/1324677R

## MOTION FOR SUSPENSION OF RULES

THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now, Charles Camp, Appellent, and respectfully requests the Honorable Court to acknow-ledge Rule 2 of the Texas Rules of Appellate Procedure and use its authority under this pro-vision to suspend in this matter operation of Texas Rules of Appellate Procedure 9.3(b), 9.5, and 68.11, and in support of said request, Appellant would show the following:

I

Appellant, as a Texas prisoner, does not have access to a computer or copier to make the re-quired copies to send to all parties involved. Appellant is also indigent and void of any means to send same. See Texas Rules of Appellate Procedure 20, et seq.

**WHEREFORE,** Appellant prays the Honorable Court will grant this Motion and order the Clerk of the Court to make proper copies and distribute said copies to all parties involved.

Respectfully Submitted,

Charles Camp
Petitioner, Pro Se
TDCJ-ID#1857911
Texas Department of Criminal Justice
Institutional Division
F.M. Robertson Unit
12071 FM 3522
Abilene, TX 79601

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

JAN 23 2015

Abel Acosta, Clerk

## UNSWORN DECLARATION

I, Charles T. Camp, TDCJ-ID# 1857911, being presently incarcerated in the F.M. Robertson Unit of the Texas Department of Criminal Justice in Jones County, Texas verify and declare under the penalty of perjury that the foregoing statements are true and correct. Executed on this 8th day of Janurary, 2015.

Charles T. Camp
TDCJ-ID# 1857911